

**ORDERED in the Southern District of Florida on July 25, 2022.**



                **Erik P. Kimball, Judge**
                **United States Bankruptcy Court**

_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

DARINKA RADOSLAW GOULD,          Case No.: 22-13187-EPK
                                                     Chapter 13
        Debtor,
_____/

**ORDER GRANTING ISLES AT MISSION BAY**
**HOMEOWNERS' ASSOCIATION, INC.'S MOTION FOR RELIEF FROM STAY**
**(NEGATIVE NOTICE)**

THIS MATTER came before the Court upon the Motion of Creditor, ISLES AT MISSION BAY HOMEOWNERS' ASSOCIATION, INC. (the "Association") for Relief from Stay, filed on negative notice and the Court, having reviewed the Motion and noting that no party has objected to the requested relief within the time period provided, and being otherwise duly advised, it is hereby

    **ORDERED:**

    1.    The Association's Motion for Relief from Stay is **GRANTED**.

    2.    The automatic stay is modified for the sole purpose of allowing the Association to complete in rem relief, including proceeding with a foreclosure sale, with respect to the Property

described below as:

> **LOT 83, TRACT C (REPLAT OF ALL TRACT C MISSION BAY), ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 53, PAGE 126, OF THE PUBLIC RECORDS OF PALM BEACH COUNTY, FLORIDA.**
>
> **A/K/A 10784 AVENIDA SANTA ANA BOCA RATON, FL 33498**

3. The Association is granted *in rem* relief only and shall not seek *in personam* relief against the Debtor.

4. The Association's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is **GRANTED**.

###

Submitted by:

Michael S. Hoffman, Esq., Hoffman, Larin & Agnetti, P.A.
Counsel for Pacific Ventures
909 North Miami Beach Boulevard, # 201, Miami, Florida 33162
Phone: (305) 653-5555
Fax: (305) 940-0090
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the Motions and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).